

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00235-CV

_____

IN RE BRIAN DOUGLAS BLANKENSHIP AND STAN KOCH & SONS
TRUCKING, INC., Relators

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 21-4826-431

Before Bassel, J.; Sudderth, C.J.; and Birdwell , J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered Relators' "Emergency Motion for Stay and Petition for Writ of Mandamus" and the response and is of the opinion that relief should be denied. Accordingly, Relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: July 1, 2022